UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | CLIFFORD R. GEARY JR | ) |
| | | ) |
| | | )  CASE NO. 18-33749 |
| | | ) |
| | | )  Chapter 7 |
| | Debtor(s) | ) |
| | | ) |

### AMENDED MOTION FOR MISCELLANEOUS RELIEF REGARDING A RELEASE OF CAR TITLES

Comes the Debtor, by and through counsel and amends the motion filed on or abour 1/25/2019 to enter the attached Order compelling Backlot Cars to release duly paid for titles in their possession for cars paid for as follows:

1. The debtor and his son operated a car lot known as Cliff and Sons LLC.

2. Back Lot Cars gave the debtor, son, and lot cars to sell and held title till paid. The debt to Back Lot Cars is held both personally by the debtor and by the used car dealership.

3. The debtor, debtors son, and business have paid for cars that Back Lot Cars refuses to release or talk about due to the filing of bankruptcy and debts owed on other cars.

4. Counsel has written to Back Lot Cars and they have refused to answer.

5. The previously filed motion had attached is a copy of a check written to Back Lot Cars for 2005 Ford Ranger that Back Lot Cars negotiated in October of 2018 but they refuse to release the title on that has been sold to an innocent purchaser. The First Bank of Ohio also paid Back Lot Cars for a 2014 Chevy Cruz in the amount of

$8525.00 and a 2012 Dodge Charger in the amount of $13175.00 and those titles are still being held onto.

6. The debtor, by Counsel, would ask this Court to Order Back Lot Cars to Release title on the cars that have been paid for at this time by good faith purchasers.

Respectfully submitted,

/s/ Victor E. Tackett, Jr.
Victor E. Tackett, Jr.
Attorney for Debtor
223 E. Spring St
New Albany, IN 47150
Tel: (502)935-3716
Email: victor.tackettlaw@gmail.com

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing was electronically mailed to: William Steve Reitz, Trustee, and by priority mail to Back Lot Cars, 1712 Main St, Kansas City, MO 64108 on this 7th day of February, 2019.

/s/ Victor E. Tackett, Jr.
Victor E. Tackett, Jr.
Attorney for Debtor