```
              UNITED STATES BANKRUPTCY COURT
                          FOR THE
                 WESTERN DISTRICT OF KENTUCKY
```

IN RE:                          )
                                )
CLIFFORD R. GEARY, JR.          )     CASE NO. 18-33749-jal
                                )
            Debtor              )
_____ )

**ORDER TERMINATING STAY**

This matter coming before the Court on Motion of First State Bank for relief from stay, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the automatic stay which went into effect on the date of the filing of Debtor's Petition in Bankruptcy, which was December 10, 2018, in regard to a 2009 Chevrolet Silverado, VIN 3gcek3309g172982, be and it is hereby terminated and the secured creditor, First State Bank, may obtain possession of the herein described property, with or without state court assistance, and sell or otherwise dispose of same in a commercially reasonable manner.

IT IS FURTHER ORDERED that the fourteen (14) day stay period pursuant to Rule 4001(a)(3) shall be inapplicable.

Joan A. Lloyd
United States Bankruptcy Judge
Dated: May 22, 2019

```
TENDERED BY:
s/s Joseph A. Moloney
Joseph A. Moloney
401 West Main Street
Suite 1807
Louisville, Kentucky 40202
(502) 581-0153
```